UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.

      Plaintiff

v.

ATHENAHEALTH, INC.,
and JOHN DOES 1-10,

      Defendants.

Case No. 2:15-cv-13156
Hon. David M. Lawson
Magistrate: Anthony P. Patti

| | |
|---|---|
| Daniel A. Edelman<br>Attorney for Plaintiff<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, Illinois 60603<br>(312) 739-4200<br>dedelman@edcombs.com | Robert M. Horwitz (P51466)<br>Attorneys for athenahealth, Inc.<br>DYKEMA GOSSETT PLLC<br>400 Renaissance Center, 36th Floor<br>Detroit, Michigan 48243<br>(313) 568-5384<br>rhorwitz@dykema.com |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Michigan Urgent Care & Primary Care Physicians, P.C. ("Plaintiff") and Defendant athenahealth, Inc. ("Defendant"), state as follows in support of their Joint Notice of Settlement:

1

1. Plaintiff and Defendant have settled the named Plaintiff's claims in this action.

2. The parties are preparing the settlement documents, including a stipulated order dismissing the case. The stipulated order will be submitted as soon as practicable.

Respectfully submitted,

| | |
|---|---|
| s/ Daniel A. Edelman w. permission | s/ Robert M. Horwitz |
| Daniel A. Edelman (Ill. Bar No. 00712094) | Robert M. Horwitz (P51466) |
| EDELMAN COMBS LATTURNER & GOODWIN LLC | DYKEMA GOSSETT PLLC |
| 20 South Clark Street, Suite 1500 | 400 Renaissance Center, 36th Floor |
| Chicago, IL 60603 | Detroit, Michigan 48243 |
| (312) 739-4200 | (313) 568-5384 |
| courtecl@edcombs.com | rhorwitz@dykema.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on March 8, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system

                                        */s/*Robert M. Horwitz
                                        Robert M. Horwitz (P51466)
                                        DYKEMA GOSSETT PLLC
                                        400 Renaissance Center, 36th Floor
                                        Detroit, Michigan 48243
                                        (313) 568-5384
                                        rhorwitz@dykema.com

                                        *Attorney for Defendant*

4818-4477-0094.1
112484\000001