# UNITED STATES OF AMERICA
## U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,


      Plaintiff,

                                         Judge David M. Lawson
 -vs-                               2:15-cv-13156-DML-APP


ATHENAHEALTH, INC.,
and JOHN DOES 1-10,

      Defendants.

## EXECUTED STIPULATION TO DISMISS[1]

WHEREAS, the parties have settled the case and the settlement agreement requires the dismissal of Plaintiff's individual claims with prejudice and without costs, and the dismissal of the claims of any putative class member without prejudice and without costs; and

WHEREAS, pursuant to Fed R. Civ. Proc. 41(a), the parties stipulate to the dismissal of this case on those terms.

---

[1] The original Stipulation to Dismiss was filed without signatures included. This Stipulation is being filed to correct that error.

2

SO STIPULATED:


By:   */s/* Daniel A. Edelman
  Daniel A. Edelman
  Cathleen M. Combs
  EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
  20 South Clark Street, Suite 1500
  Chicago, Illinois 60603
  (312) 739-4200
  (312) 419-0379 (FAX)
  Email: dedelman@edcombs.com


  Adam G. Taub (P48703)
  ADAM G. TAUB & ASSOCIATES
  CONSUMER LAW GROUP, PLC
  17200 W 10 Mile Rd Suite 200
  Southfield, MI 48075
  Phone: (248) 746-3790
  Email: adamgtaub@clgplc.net


*Attorneys for Plaintiff*

By:  */s/* Robert M. Horwitz
  Robert M. Horwitz  (P51466)
  DYKEMA GOSSETT PLLC
  400 Renaissance Center, 36th Floor
  Detroit, MI  48243
  Phone: (313) 568-5384
  rhorwitz@dykema.com

*Attorneys for Defendant athenahealth, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on March 17, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system

/s/ Daniel A. Edelman
Daniel A. Edelman
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email: dedelman@edcombs.com

*Attorney for Plaintiff*

3