UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,       Case Number 15-13156
v.             Honorable David M. Lawson

AETNAHEALTH, INC. and
JOHN DOES 1-10,

    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to the stipulation of the parties [dkt. #40],

It is **ORDERED** that all of the plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and without costs to any party, and the claims of the putative class members are **DISMISSED** without prejudice and without costs to any party.

       s/David M. Lawson_____
       DAVID M. LAWSON
       United States District Judge

Dated:  March 18, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 18, 2016.

     s/Susan Pinkowski_____
     SUSAN PINKOWSKI